UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Action No. 01-CR-131-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAMON WILSON,

Defendant.

_____

**ORDER**
_____

This matter is before the Court upon a review of a letter sent by Defendant on November 16, 2005, and filed with this Court on November 18, 2005. The letter makes certain requests as to Defendant's restitution payment schedule, and appears to request suspension of such payments until Defendant is on probation. The Court will treat Defendant's letter as a motion to suspend restitution payments.

After a careful review of Defendant's motion, the Court concludes that the motion should be denied. Restitution payment schedules were established in the sentencing and Judgment of Defendant. This motion essentially seeks a modification of that schedule. The Court does not have inherent authority to modify a previously imposed sentence, it may do so only pursuant to statutory authorization. *United States v. Mendoza*, 118 F.3d 707, 709 (10th Cir.), *cert. denied*, 522 U.S. 961 (1997). 18 U.S.C. § 3582 provides three grounds upon which a sentence may be modified. Defendant

has not shown that any of those grounds are present in this case.

Accordingly, it is

ORDERED that Defendant's motion to suspend restitution payments is **DENIED**.

Dated: January 10, 2006

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge