IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00992-WYD
Criminal Action No. 01-cr-00131-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAMON WILSON,

    Movant.

_____

**FINAL JUDGMENT**
_____

Pursuant to and in accordance with the ORDER DENYING 28 U.S.C. § 2255 MOTION entered by the Honorable Wiley Y. Daniel on April 19, 2013 [ECF No. 127], the following Final Judgment is hereby entered:

IT IS ORDERED that the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, ECF No. 126, filed April 12, 2013, is DENIED. It is

FURTHER ORDERED that leave to proceed in forma pauperis on appeal is denied without prejudice to the filing of a motion seeking leave to proceed in forma pauperis on appeal in the United States Court of Appeals for the Tenth Circuit. It is

FURTHER ORDERED that pursuant 28 U.S.C. § 2253(c)(2) and Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is DENIED.  It is

FURTHER ORDERED that the corresponding civil action is closed.

DATED at Denver, Colorado, this 22nd day of April, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler
      Edward P. Butler, Deputy Clerk